UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-20933-BLOOM/Otazo-Reyes

MAIKEL RODRIGUEZ,
*and other similarly situated individuals*

      Plaintiff,

v.

FOREVER SIGNS, INC.,
*a Florida corporation*
ROBIN PEREZ,
*an individual*

      Defendants.
_____/

## ORDER DENYING *IN CAMERA* REVIEW

**THIS CAUSE** is before the Court on the parties' Joint Motion for Approval of FLSA Settlement and to Dismiss Case with Prejudice, ECF No. [26] (the "Motion"), filed on July 7, 2023.

This is a case filed pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219, in which the parties have stipulated to dismissal following a settlement. A private FLSA action for back wages may be compromised when a court reviews and approves the settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982). Before a court may approve a compromised settlement, it must scrutinize the settlement to determine whether it is a fair and reasonable resolution of a bona fide dispute. *See id.* at 1354-55. Furthermore, where a settlement must be approved by the Court, the settlement becomes a part of the judicial record, and may not be deemed confidential even if the parties so consent. *See, e.g., Jessup v. Luther*, 277 F.3d 926 (7th Cir. 2002) (noting that even when a settlement is entered into the court's file under

Case No. 23-cv-20933-BLOOM/Otazo-Reyes

seal it becomes part of the judicial record). The Court thus finds that conducting an in camera review of the parties' Settlement Agreement is not necessary even if the parties stipulate that confidentiality is a material term of the Agreement.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that the Motion, ECF No. [26], is **DENIED**. The parties shall file a Motion to Approve Settlement Agreement, with a copy of the settlement agreement attached by **July 14, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 8, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record